IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| TONY CURLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:22-CV-184-Z-BR |
| | § | |
| TESSA MARTINEZ, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION AND DISMISSING CIVIL RIGHTS CLAIM

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss for want of prosecution the civil rights claim filed by the Plaintiff in this case. (ECF 11). No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED**, the motion for leave to proceed *in forma pauperis* is **DENIED**, and the case is **DISMISSED WITHOUT PREJUDICE**.

**IT SO ORDERED**.

Entered January 20, 2023.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE